IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No. 09-cv-00290-PAB-BNB

DONALD SCOTT MARTIN,

    Plaintiff,

v.

CANRIG DRILLING TECHNOLOGY, LTD.,
EPOCH WELL SERVICES,
NABORS INDUSTRIES, LTD.,
MARK CAREY, and
RUSSELL HALL,

    Defendants.

___

**ORDER OF DISMISSAL WITH PREJUDICE**
___

THIS MATTER comes before the Court upon the Stipulated Motion to Dismiss With Prejudice [Docket No. 9]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Stipulated Motion to Dismiss With Prejudice [Docket No. 9] is GRANTED. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED June 8, 2010.

                                          BY THE COURT:

                                          s/Philip A. Brimmer
                                          PHILIP A. BRIMMER
                                          United States District Judge